DILLARD ET AL., APPELLEES, *v*. CLEVELAND METROPOLITAN SCHOOL

DISTRICT ET AL., APPELLANTS.

[Cite as *Dillard v. Cleveland Metro. School Dist.,*

131 Ohio St.3d 371, 2012-Ohio-1223.]

*Discretionary appeal accepted, court of appeals' judgment vacated, and cause remanded for application of* DiGiorgio v. Cleveland.

(No. 2011-1957—Submitted March 21, 2012—Decided March 27, 2012.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 97195.

_____

{¶ 1}   The discretionary appeal is accepted on Proposition of Law I.

{¶ 2}   The judgment of the court of appeals is vacated, and the cause is remanded to the court of appeals for application of the Eighth District's en banc decision in *DiGiorgio v. Cleveland,* 196 Ohio App.3d 575, 2011-Ohio-5824, 964 N.E.2d 495.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Bashein & Bashein Co., L.P.A., and W. Craig Bashein; and Paul W. Flowers Co., L.P.A., and Paul W. Flowers, for appellees, Ni-Asia Dillard and Nur-Ur-Din Dillard.

Wayne J. Belock, Joseph J. Jerse, and David J. Sipusic, for appellants, Cleveland Metropolitan School District and Mr. Little.

_____